JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 25-02222-KK-MAAx | Date: | January 12, 2026 |
| Title: | Antoine Rogers v. Discover Bank et al. | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:**   **(In Chambers) Order DISMISSING the Instant Action**

On January 7, 2026, plaintiff Antonio Rogers filed a Notice of Dismissal indicating "[a]ll parties have now been dismissed" and requesting the case "be dismissed with prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF Docket No. ("Dkt.") 28 at 1. Accordingly, this matter is **DISMISSED WITH PREJUDICE**. See Fed. R. Civ. P. 41(a)(2) (permitting dismissal "on terms that the court considers proper").

**IT IS SO ORDERED.** (JS-6).